INVERNESS MEDICAL SWITZER-
LAND GMBH and Unipath Diag-
nostics, Inc., Plaintiffs–Appellees,

v.

PFIZER INC., Defendant–Appellant,

and

MIZUHO USA, INC., Defendant–
Appellant.

No. 03–1390, 03–1391.

United States Court of Appeals,
Federal Circuit.

June 16, 2003.

## ORDER

Order Vacated, See 2003 WL 22049569.

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

SOUTHTRUST OF GEORGIA, INC.
(formerly known as Bankers First
Corporation) and Southtrust Bank of
Georgia, N.A. (formerly known as
Bankers First Savings Bank, FSB),
Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5069.

United States Court of Appeals,
Federal Circuit.

June 16, 2003.

ON MOTION

## *ORDER*

Upon consideration of the parties' joint
motion to voluntarily dismiss this appeal,
IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.